# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ODONNELL, PATRICK § Case No. 14-32210 DRC
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2014 . The undersigned trustee was appointed on 09/03/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   150,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 136.57 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 149,863.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/12/2015 and the deadline for filing governmental claims was 11/12/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,443.12 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,443.12 , for a total compensation of $ 10,443.12 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2016         By: /s/GINA B. KROL
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-32210 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | | | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | | | 341(a) Meeting Date: | 09/30/14 |
| For Period Ending: | 05/05/16 | | | Claims Bar Date: | 11/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 20.00 | 0.00 | | 0.00 | FA |
| Cash on hand | | | | | |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| TV, DVD player, couch, bed, dresser, lamps, chairs, pots and pans, dishes and other misc household goods | | | | | |
| 3. BOOKS / COLLECTIBLES | 0.00 | 0.00 | | 0.00 | FA |
| Books, pictures, etc | | | | | |
| 4. BOOKS / COLLECTIBLES | 10.00 | 0.00 | | 0.00 | FA |
| Books, pictures, etc | | | | | |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| Wearing apparel | | | | | |
| 6. FURS AND JEWELRY | 0.00 | 0.00 | | 0.00 | FA |
| Furs and jewelry | | | | | |
| 7. FIREARMS AND HOBBY EQUIPMENT | 50.00 | 0.00 | | 0.00 | FA |
| Fishing pole | | | | | |
| 8. 1995 Volvo | 500.00 | 0.00 | | 0.00 | FA |
| 1995 Volvo | | | | | |
| 9. INHERITANCE (u) | Unknown | 500,000.00 | | 150,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,380.00   $500,000.00   $150,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-32210   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ODONNELL, PATRICK | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | 341(a) Meeting Date: | 09/30/14 |
| | | Claims Bar Date: | 11/12/15 |

Trustee has filed adversary proceeding for turnover and to revoke discharge. Trustee is working with probate attorney to collect funds.  Will be 100% distribution to creditors.

January 12, 2016, 10:17 am

Trustee recieved information that Debtor had inheritted substanital assets within six months of filing. Trustee reopened case to administer assets.

August 12, 2015, 10:00 am

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

/s/   GINA B. KROL

_____ Date: 05/05/16

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-32210 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7830  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | |
| For Period Ending: | 05/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/16 | 9 | Harper, Kynes, Geller<br>Firm Trust Account<br>1253 Park St., Ste. 200<br>Clearwater, FL  33756 | | 1229-000 | 50,000.00 | | 50,000.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.33 | 49,937.67 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.24 | 49,863.43 |
| 05/04/16 | 9 | HARPER, KYNES, GELLER<br>1253 Park Street, Suite 200<br>Clearwater, FL  33756 | Inheritance | 1229-000 | 100,000.00 | | 149,863.43 |

| Account *******7830 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 150,000.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 136.57 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 150,000.00 | | | |
| | | | | Total | $ 136.57 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 150,000.00 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-32210 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ODONNELL, PATRICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7830 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | |
| For Period Ending: | 05/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL    Date: 05/05/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 05, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 14-32210 | Priority Sequence | | | | |
| Debtor Name: | ODONNELL, PATRICK | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $9,251.01 | $9,251.01 |
| 001<br>2700-00 | CLERK OF THE US BANKRUPTCY COURT<br>219 S Dearborn<br>Chicago, IL  60604 | Administrative | | $0.00 | $610.00 | $610.00 |
| 001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $10,443.12 | $10,443.12 |
| 000001<br>070<br>7100-00 | Nicor gas<br>po box 549<br>aurora il 60507 | Unsecured | | $0.00 | $590.73 | $590.73 |
| 000002<br>070<br>7100-90 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $1,763.76 | $1,763.76 |
| 000003<br>070<br>7100-90 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $2,298.82 | $2,298.82 |
| 000004<br>070<br>7100-00 | Centegra Northern Illinois<br>PO Box 1447<br>Woodstock, IL 60098 | Unsecured | | $0.00 | $75.00 | $75.00 |
| 000005<br>070<br>7100-90 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $0.00 | $20,104.06 | $20,104.06 |
| 000006<br>070<br>7100-00 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | Unsecured | | $0.00 | $33,923.37 | $33,923.37 |
| 000007<br>070<br>7100-00 | Dr. Prodyot Mitra MD<br>c/o Financial Control Solutions<br>PO Box 668<br>Germantown, WI 53022 | Unsecured | | $0.00 | $1,300.00 | $1,300.00 |
| 000008<br>070<br>7100-00 | Dupage Medical Group<br>15921 Collections Center Dr<br>Chicago, IL 60693 | Unsecured | | $0.00 | $150.00 | $150.00 |
| 000009<br>070<br>7100-00 | Elmhurst Memorial Hospital<br>Dept. 4598<br>Carol Stream, IL 60122 | Unsecured | | $0.00 | $1,899.00 | $1,899.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 05, 2016 |

Case Number: 14-32210  
Debtor Name: ODONNELL, PATRICK  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010 070 7100-90 | HSBC Card Services PO Box 81622 Salinas, CA 93912 | Unsecured | | $0.00 | $919.14 | $919.14 |
| 000011 070 7100-00 | Jensen Disposal PO Box 415 Mundelein, IL 60060 | Unsecured | | $0.00 | $234.00 | $234.00 |
| 000012 070 7100-00 | Moraine Emergency Physcians PO Box 8759 Philadelphia, PA 19101 | Unsecured | | $0.00 | $452.00 | $452.00 |
| 000013 070 7100-00 | Old Republic C/O Freedman, Anselmo And Lindberg 1771 W Diehl Rd Ste 150 Naperville, IL 60563 | Unsecured | | $0.00 | $58,764.30 | $58,764.30 |
| 000014 070 7100-00 | Surgeons Ltd Office 1200 S York Rd Ste 4220 Elmhurst, IL 60126 | Unsecured | | $0.00 | $300.00 | $300.00 |
| 000015 070 7100-00 | Surgical Assoc Of Fox Valley 690 E Terra Cotta Ave Ste A Crystal Lake, IL 60014 | Unsecured | | $0.00 | $400.00 | $400.00 |
| 999 8200-00 | PATRICK ODONNELL CLEARWATER, FL 33764 | Unsecured | | $0.00 | $0.00 | $6,137.53 |
| | Case Totals: | | | $0.00 | $143,478.31 | $149,615.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32210 DRC
Case Name: ODONNELL, PATRICK
Trustee Name: GINA B. KROL

| | Balance on hand | $ | 149,863.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 10,443.12 | $ 0.00 | $ 10,443.12 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,198.00 | $ 0.00 | $ 9,198.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 53.01 | $ 0.00 | $ 53.01 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 610.00 | $ 0.00 | $ 610.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 20,304.13 |
| Remaining Balance | $ | 129,559.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,174.18 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor gas<br>po box 549<br>aurora il 60507 | $ 590.73 | $ 0.00 | $ 590.73 |
| 000002 | Atlas Acquisitions LLC<br>(HSBC Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 1,763.76 | $ 0.00 | $ 1,763.76 |
| 000003 | Atlas Acquisitions LLC<br>(GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 2,298.82 | $ 0.00 | $ 2,298.82 |
| 000004 | Centegra Northern Illinois<br>PO Box 1447<br>Woodstock, IL 60098 | $ 75.00 | $ 0.00 | $ 75.00 |
| 000005 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 | $ 20,104.06 | $ 0.00 | $ 20,104.06 |
| 000006 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | $ 33,923.37 | $ 0.00 | $ 33,923.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Dr. Prodyot Mitra MD<br>c/o Financial Control Solutions<br>PO Box 668<br>Germantown, WI 53022 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| 000008 | Dupage Medical Group<br>15921 Collections Center Dr<br>Chicago, IL 60693 | $ 150.00 | $ 0.00 | $ 150.00 |
| 000009 | Elmhurst Memorial Hospital<br>Dept. 4598<br>Carol Stream, IL 60122 | $ 1,899.00 | $ 0.00 | $ 1,899.00 |
| 000010 | HSBC Card Services<br>PO Box 81622<br>Salinas, CA 93912 | $ 919.14 | $ 0.00 | $ 919.14 |
| 000011 | Jensen Disposal<br>PO Box 415<br>Mundelein, IL 60060 | $ 234.00 | $ 0.00 | $ 234.00 |
| 000012 | Moraine Emergency Physcians<br>PO Box 8759<br>Philadelphia, PA 19101 | $ 452.00 | $ 0.00 | $ 452.00 |
| 000013 | Old Republic<br>C/O Freedman, Anselmo And Lindberg<br>1771 W Diehl Rd Ste 150<br>Naperville, IL 60563 | $ 58,764.30 | $ 0.00 | $ 58,764.30 |
| 000014 | Surgeons Ltd Office<br>1200 S York Rd Ste 4220<br>Elmhurst, IL 60126 | $ 300.00 | $ 0.00 | $ 300.00 |
| 000015 | Surgical Assoc Of Fox Valley<br>690 E Terra Cotta Ave Ste A<br>Crystal Lake, IL 60014 | $ 400.00 | $ 0.00 | $ 400.00 |

Total to be paid to timely general unsecured creditors     $     123,174.18

    Remaining Balance                                                 $_____6,385.12_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 247.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,137.53 .