UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ODONNELL, PATRICK § Case No. 14-32210 DRC
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/17/2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2016           By: Gina B. Krol
                                              Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ODONNELL, PATRICK § Case No. 14-32210 DRC
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 150,000.00 |
| and approved disbursements of | $ | 136.57 |
| leaving a balance on hand of[1] | $ | 149,863.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 10,443.12 | $ 0.00 | $ 10,443.12 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,198.00 | $ 0.00 | $ 9,198.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 53.01 | $ 0.00 | $ 53.01 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 610.00 | $ 0.00 | $ 610.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 20,304.13 |
| Remaining Balance | $ 129,559.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,174.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor gas<br>po box 549<br>aurora il 60507 | $ 590.73 | $ 0.00 | $ 590.73 |
| 000002 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 1,763.76 | $ 0.00 | $ 1,763.76 |
| 000003 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 2,298.82 | $ 0.00 | $ 2,298.82 |
| 000004 | Centegra Northern Illinois<br>PO Box 1447<br>Woodstock, IL 60098 | $ 75.00 | $ 0.00 | $ 75.00 |
| 000005 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 | $ 20,104.06 | $ 0.00 | $ 20,104.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | $ 33,923.37 | $ 0.00 | $ 33,923.37 |
| 000007 | Dr. Prodyot Mitra MD<br>c/o Financial Control Solutions<br>PO Box 668<br>Germantown, WI 53022 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| 000008 | Dupage Medical Group<br>15921 Collections Center Dr<br>Chicago, IL 60693 | $ 150.00 | $ 0.00 | $ 150.00 |
| 000009 | Elmhurst Memorial Hospital<br>Dept. 4598<br>Carol Stream, IL 60122 | $ 1,899.00 | $ 0.00 | $ 1,899.00 |
| 000010 | HSBC Card Services<br>PO Box 81622<br>Salinas, CA 93912 | $ 919.14 | $ 0.00 | $ 919.14 |
| 000011 | Jensen Disposal<br>PO Box 415<br>Mundelein, IL 60060 | $ 234.00 | $ 0.00 | $ 234.00 |
| 000012 | Moraine Emergency Physcians<br>PO Box 8759<br>Philadelphia, PA 19101 | $ 452.00 | $ 0.00 | $ 452.00 |
| 000013 | Old Republic<br>C/O Freedman, Anselmo And Lindberg<br>1771 W Diehl Rd Ste 150<br>Naperville, IL 60563 | $ 58,764.30 | $ 0.00 | $ 58,764.30 |
| 000014 | Surgeons Ltd Office<br>1200 S York Rd Ste 4220<br>Elmhurst, IL 60126 | $ 300.00 | $ 0.00 | $ 300.00 |
| 000015 | Surgical Assoc Of Fox Valley<br>690 E Terra Cotta Ave Ste A<br>Crystal Lake, IL 60014 | $ 400.00 | $ 0.00 | $ 400.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 123,174.18 |

    Remaining Balance                                                                                                    $          6,385.12

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 247.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,137.53 .

                                          Prepared By: /s/GINA B. KROL
                                                                                   Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.