IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Patrick O'Donnell** | ) | No. 14 B 32210 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on May 20, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

Atlas Acquisitions, LLC
HSBC Bank Nevada, NA
294 Union Street
Hackensack, MJ   07601

Nicor Gas
P.O. Box 549
Aurora, IL   60507

Atlas Acquisitions, LLC
GE Money Bank
294 Union Street
Hackensack, MJ   07601

Centegra Northern Illinois
P.O. Box 1447
Woodstock, IL   60098

Chase
P.;O. Box 15298
Wilmington, DE   19850

Countrywide Home Loans
P.O. Box 5170
Simi Valley, CA   93062

Dr. Prodyot Mitra MD
c/o Financial Control Solutions
P.O. Box 668
Germantown, WI   53022

Dupage Medical Group
15921 Collections Center Drive
Chicago, IL   60693

Elmhurst Memorial Hospital
Dept. 4598
Carol Stream, IL   60122

HSBC Card Services
P.O. Box 81622
Salinas, CA   93912

Jensen Disposal
P.O. Box 415
Mundelein, IL   60060

Moraine Emergency Physicians
P.O. Box 8759
Philadelphia, PA 19101

Old Republic
c/o Freedman, Anselmo & Lindberg
1771 W Diehl Road, Ste 150
Naperville, IL   60563

Surgeons Ltd Office
1200 S York Road, Ste 4220
Elmhurst, IL   60126

Surgical Assoc of Fox Valley
690 E. Terra Cotta Avenue, Ste A
Crystal Lake, IL   60014

Office of the U.S. Trustee
219 S Dearborn St, Room 873
Chicago, IL   60604

Patrick O'Donnell
2624 Butterfly Drive
Clearwater, FL   33764

Paul Idlas
Law Ofc of Paul R. Idlas
1099 N. Corporate Circle
Ste K
Grayslake, IL   60030