# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ODONNELL, PATRICK | § | Case No. 14-32210 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00  
*(Without deducting any secured claims)*

Assets Exempt: 1,380.00

Total Distributions to Claimants:  123,421.77

Claims Discharged Without Payment:  970.88

Total Expenses of Administration:  20,440.70

---

3) Total gross receipts of $ 150,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,137.53  (see **Exhibit 2**), yielded net receipts of $ 143,862.47  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,440.70 | 20,440.70 | 20,440.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,862.89 | 123,174.18 | 123,174.18 | 123,421.77 |
| **TOTAL DISBURSEMENTS** | $ 120,862.89 | $ 143,614.88 | $ 143,614.88 | $ 143,862.47 |

4) This case was originally filed under chapter 7 on 09/03/2014 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2016           By: /s/GINA B. KROL
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1229-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PATRICK ODONNELL | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,137.53 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,137.53** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 10,443.12 | 10,443.12 | 10,443.12 |
| ASSOCIATED BANK | 2600-000 | NA | 136.57 | 136.57 | 136.57 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 610.00 | 610.00 | 610.00 |
| COHEN & KROL | 3110-000 | NA | 6,132.00 | 6,132.00 | 6,132.00 |
| GINA B. KROL | 3110-000 | NA | 3,066.00 | 3,066.00 | 3,066.00 |
| COHEN & KROL | 3120-000 | NA | 53.01 | 53.01 | 53.01 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,440.70 | $ 20,440.70 | $ 20,440.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Retail Services PO Box 15521 Wilmington, DE  19850 | | 970.88 | NA | NA | 0.00 |
| 000004 | CENTEGRA NORTHERN ILLINOIS | 7100-000 | 75.00 | 75.00 | 75.00 | 75.00 |
| 000007 | DR. PRODYOT MITRA MD | 7100-000 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| 000008 | DUPAGE MEDICAL GROUP | 7100-000 | 150.00 | 150.00 | 150.00 | 150.00 |
| 000001 | NICOR GAS | 7100-000 | 452.00 | 590.73 | 590.73 | 590.73 |
| 000013 | OLD REPUBLIC | 7100-000 | 58,764.30 | 58,764.30 | 58,764.30 | 58,764.30 |
| 000014 | SURGEONS LTD OFFICE | 7100-000 | 300.00 | 300.00 | 300.00 | 300.00 |
| 000006 | COUNTRYWIDE HOME LOANS | 7100-001 | 33,923.37 | 33,923.37 | 33,923.37 | 33,923.37 |
| 000009 | ELMHURST MEMORIAL HOSPITAL | 7100-001 | 1,899.00 | 1,899.00 | 1,899.00 | 1,899.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | JENSEN DISPOSAL | 7100-001 | 234.00 | 234.00 | 234.00 | 234.00 |
| 000012 | MORAINE EMERGENCY PHYSCIANS | 7100-001 | 452.00 | 452.00 | 452.00 | 452.00 |
| 000015 | SURGICAL ASSOC OF FOX VALLEY | 7100-001 | 400.00 | 400.00 | 400.00 | 400.00 |
| 000003 | ATLAS ACQUISITIONS LLC (GE MONEY BA | 7100-900 | NA | 2,298.82 | 2,298.82 | 2,298.82 |
| 000002 | ATLAS ACQUISITIONS LLC (HSBC BANK N | 7100-900 | 919.14 | 1,763.76 | 1,763.76 | 1,763.76 |
| 000005 | CHASE | 7100-900 | 20,104.06 | 20,104.06 | 20,104.06 | 20,104.06 |
| 000010 | HSBC CARD SERVICES | 7100-901 | 919.14 | 919.14 | 919.14 | 919.14 |
|  | ATLAS ACQUISITIONS LLC (GE MONEY BA | 7990-000 | NA | NA | NA | 4.40 |
|  | ATLAS ACQUISITIONS LLC (HSBC BANK N | 7990-000 | NA | NA | NA | 3.38 |
|  | CENTEGRA NORTHERN ILLINOIS | 7990-000 | NA | NA | NA | 0.14 |
|  | CHASE | 7990-000 | NA | NA | NA | 38.49 |
|  | DR. PRODYOT MITRA MD | 7990-000 | NA | NA | NA | 2.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DUPAGE MEDICAL GROUP | 7990-000 | NA | NA | NA | 0.29 |
| | NICOR GAS | 7990-000 | NA | NA | NA | 1.13 |
| | OLD REPUBLIC | 7990-000 | NA | NA | NA | 112.51 |
| | SURGEONS LTD OFFICE | 7990-000 | NA | NA | NA | 0.57 |
| | CLERK OF US BANKRUPTCY COURT | 7990-001 | NA | NA | NA | 72.43 |
| | ODONNELL, PATRICK | 7990-002 | NA | NA | NA | 11.76 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 120,862.89 | $ 123,174.18 | $ 123,174.18 | $ 123,421.77 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-32210 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | ODONNELL, PATRICK | Date Filed (f) or Converted (c): 09/03/14 (f) |
| | | 341(a) Meeting Date: 09/30/14 |
| For Period Ending: | 10/27/16 | Claims Bar Date: 11/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS  TV, DVD player, couch, bed, dresser, lamps, chairs, pots and pans, dishes and other misc household goods | 500.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS / COLLECTIBLES  Books, pictures, etc | 0.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS / COLLECTIBLES  Books, pictures, etc | 10.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL  Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY  Furs and jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT  Fishing pole | 50.00 | 0.00 | | 0.00 | FA |
| 8. 1995 Volvo  1995 Volvo | 500.00 | 0.00 | | 0.00 | FA |
| 9. INHERITANCE (u) | Unknown | 500,000.00 | | 150,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,380.00 $500,000.00 $150,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-32210   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | ODONNELL, PATRICK | Date Filed (f) or Converted (c): | 09/03/14 (f) |
| | | 341(a) Meeting Date: | 09/30/14 |
| | | Claims Bar Date: | 11/12/15 |

sent unclaimed funds to Clerk of US Bankruptcy Court on 9/30/16; awaiting clearance of same; TDR to follow
October 11, 2016, 01:00 pm

Tee sent TFR to US Tee for review May 05, 2016, 01:47 pm

Trustee has filed adversary proceeding for turnover and to revoke discharge. Trustee is working with probate attorney to collect funds.  Will be 100% distribution to creditors.
January 12, 2016, 10:17 am

Trustee recieved information that Debtor had inherited substanital assets within six months of filing. Trustee reopened case to administer assets.
August 12, 2015, 10:00 am

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

/s/     GINA B. KROL
_____     Date: 10/27/16
GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-32210 -DRC |
| Case Name: | ODONNELL, PATRICK |
| Taxpayer ID No: | *******3329 |
| For Period Ending: | 10/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7830 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/16 | 9 | Harper, Kynes, Geller<br>Firm Trust Account<br>1253 Park St., Ste. 200<br>Clearwater, FL 33756 | | 1229-000 | 50,000.00 | | 50,000.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.33 | 49,937.67 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.24 | 49,863.43 |
| 05/04/16 | 9 | HARPER, KYNES, GELLER<br>1253 Park Street, Suite 200<br>Clearwater, FL 33756 | Inheritance | 1229-000 | 100,000.00 | | 149,863.43 |
| 06/22/16 | 030001 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2100-000 | | 10,443.12 | 139,420.31 |
| 06/22/16 | 030002 | CLERK OF THE US BANKRUPTCY COURT<br>219 S Dearborn<br>Chicago, IL 60604 | Final Distribution<br>Adversary Filing Fee - 15-00615<br>Reopening Fee | 2700-000 | | 610.00 | 138,810.31 |
| 06/22/16 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 6,132.00 | 132,678.31 |
| 06/22/16 | 030004 | Gina B. Krol | Final Distribution<br>Attorneys' Fees | 3110-000 | | 3,066.00 | 129,612.31 |
| 06/22/16 | 030005 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Expenses' Fees | 3120-000 | | 53.01 | 129,559.30 |
| 06/22/16 | 030006 | Nicor gas<br>po box 549<br>aurora il 60507 | Final Distribution | | | 591.86 | 128,967.44 |

Page Subtotals    150,000.00    21,032.56

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32210 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7830  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | |
| For Period Ending: | 10/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Claim 590.73 | 7100-000 | | | |
| | | | Interest 1.13 | 7990-000 | | | |
| 06/22/16 | 030007 | Centegra Northern Illinois<br>PO Box 1447<br>Woodstock, IL 60098 | Final Distribution<br>(4-1) Filer Comment: Per Debtor's<br>sworn schedules | | | 75.14 | 128,892.30 |
| | | | Claim 75.00 | 7100-000 | | | |
| | | | Interest 0.14 | 7990-000 | | | |
| * 06/22/16 | 030008 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | Final Distribution<br>(6-1) Filer Comment: Per Debtor's<br>sworn schedules | | | 33,988.32 | 94,903.98 |
| | | | Claim 33,923.37 | 7100-004 | | | |
| | | | Interest 64.95 | 7990-003 | | | |
| 06/22/16 | 030009 | Dr. Prodyot Mitra MD<br>c/o Financial Control Solutions<br>PO Box 668<br>Germantown, WI 53022 | Final Distribution<br>(7-1) Filer Comment: Per Debtor's<br>sworn schedules | | | 1,302.49 | 93,601.49 |
| | | | Claim 1,300.00 | 7100-000 | | | |
| | | | Interest 2.49 | 7990-000 | | | |
| 06/22/16 | 030010 | Dupage Medical Group<br>15921 Collections Center Dr<br>Chicago, IL 60693 | Final Distribution<br>(8-1) Filer Comment: Per Debtor's<br>sworn schedules | | | 150.29 | 93,451.20 |
| | | | Claim 150.00 | 7100-000 | | | |
| | | | Interest 0.29 | 7990-000 | | | |
| * 06/22/16 | 030011 | Elmhurst Memorial Hospital<br>Dept. 4598<br>Carol Stream, IL 60122 | Final Distribution<br>(9-1) Filer Comment: Per Debtor's<br>sworn schedules | | | 1,902.64 | 91,548.56 |
| | | | Claim 1,899.00 | 7100-003 | | | |
| | | | Interest 3.64 | 7990-003 | | | |
| * 06/22/16 | 030012 | Jensen Disposal | Final Distribution | | | 234.45 | 91,314.11 |

Page Subtotals  0.00  37,653.33

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-32210 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7830 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | |
| For Period Ending: | 10/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PO Box 415<br>Mundelein, IL 60060 | (11-1) Filer Comment: Per Debtor's sworn schedules | | | |
| | | | Claim 234.00 | 7100-003 | | |
| | | | Interest 0.45 | 7990-003 | | |
| * 06/22/16 | 030013 | Moraine Emergency Physcians<br>PO Box 8759<br>Philadelphia, PA 19101 | Final Distribution<br>(12-1) Filer Comment: Per Debtor's sworn schedules | | | 452.87 | 90,861.24 |
| | | | Claim 452.00 | 7100-003 | | |
| | | | Interest 0.87 | 7990-003 | | |
| 06/22/16 | 030014 | Old Republic<br>C/O Freedman, Anselmo And Lindberg<br>1771 W Diehl Rd Ste 150<br>Naperville, IL 60563 | Final Distribution<br>(13-1) Filer Comment: Per Debtor's sworn schedules | | | 58,876.81 | 31,984.43 |
| | | | Claim 58,764.30 | 7100-000 | | |
| | | | Interest 112.51 | 7990-000 | | |
| 06/22/16 | 030015 | Surgeons Ltd Office<br>1200 S York Rd Ste 4220<br>Elmhurst, IL 60126 | Final Distribution<br>(14-1) Filer Comment: Per Debtor's sworn schedules | | | 300.57 | 31,683.86 |
| | | | Claim 300.00 | 7100-000 | | |
| | | | Interest 0.57 | 7990-000 | | |
| * 06/22/16 | 030016 | Surgical Assoc Of Fox Valley<br>690 E Terra Cotta Ave Ste A<br>Crystal Lake, IL 60014 | Final Distribution<br>(15-1) Filer Comment: Per Debtor's sworn schedules | | | 400.76 | 31,283.10 |
| | | | Claim 400.00 | 7100-004 | | |
| | | | Interest 0.76 | 7990-003 | | |
| 06/22/16 | 030017 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | | | 1,767.14 | 29,515.96 |

Page Subtotals 0.00 61,798.15

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 14-32210 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7830  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | |
| For Period Ending: | 10/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim    1,763.76 | 7100-900 | | | |
| | | | Interest      3.38 | 7990-000 | | | |
| 06/22/16 | 030018 | Atlas Acquisitions LLC (GE Money Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Final Distribution | | | 2,303.22 | 27,212.74 |
| | | | Claim    2,298.82 | 7100-900 | | | |
| | | | Interest      4.40 | 7990-000 | | | |
| 06/22/16 | 030019 | Chase<br>PO Box 15298<br>Wilmington, DE 19850 | Final Distribution<br>(5-1) Filer Comment: Per Debtor's sworn schedules | | | 20,142.55 | 7,070.19 |
| | | | Claim   20,104.06 | 7100-900 | | | |
| | | | Interest     38.49 | 7990-000 | | | |
| * 06/22/16 | 030020 | HSBC Card Services<br>PO Box 81622<br>Salinas, CA 93912 | Final Distribution<br>(10-1) Filer Comment: Per Debtor's sworn schedules | | | 920.90 | 6,149.29 |
| | | | Claim      919.14 | 7100-903 | | | |
| | | | Interest      1.76 | 7990-003 | | | |
| 06/22/16 | 030021 | PATRICK ODONNELL<br>CLEARWATER, FL  33764 | Final Distribution<br>Surplus Funds | | | 6,149.29 | 0.00 |
| | | | Claim    6,137.53 | 8200-002 | | | |
| | | | Interest     11.76 | 7990-000 | | | |
| * 09/22/16 | 030011 | Elmhurst Memorial Hospital<br>Dept. 4598<br>Carol Stream, IL 60122 | Final Distribution | | | -1,902.64 | 1,902.64 |
| | | | Claim   ( 1,899.00 ) | 7100-003 | | | |
| | | | Interest  (    3.64) | 7990-003 | | | |
| * 09/22/16 | 030012 | Jensen Disposal<br>PO Box 415<br>Mundelein, IL 60060 | Final Distribution | | | -234.45 | 2,137.09 |

Page Subtotals    0.00    27,378.87

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-32210 -DRC | |
| Case Name: | ODONNELL, PATRICK | |
| Taxpayer ID No: | *******3329 | |
| For Period Ending: | 10/27/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7830  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/22/16 | 030013 | Moraine Emergency Physcians<br>PO Box 8759<br>Philadelphia, PA 19101 | Claim    ( 234.00 )<br>Interest  ( 0.45)<br>Final Distribution | 7100-003<br>7990-003 | | -452.87 | 2,589.96 |
| * 09/22/16 | 030020 | HSBC Card Services<br>PO Box 81622<br>Salinas, CA 93912 | Claim    ( 452.00 )<br>Interest  ( 0.87)<br>Final Distribution | 7100-003<br>7990-003 | | -920.90 | 3,510.86 |
| * 09/27/16 | 030008 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062 | Claim    ( 919.14 )<br>Interest  ( 1.76)<br>Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-903<br>7990-003 | | -33,988.32 | 37,499.18 |
| * 09/27/16 | 030016 | Surgical Assoc Of Fox Valley<br>690 E Terra Cotta Ave Ste A<br>Crystal Lake, IL 60014 | Claim    ( 33,923.37 )<br>Interest  ( 64.95)<br>Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004<br>7990-003 | | -400.76 | 37,899.94 |
| 09/30/16 | 030022 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Claim    ( 400.00 )<br>Interest  ( 0.76)<br>unclaimed funds<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>================================<br>9         000009        1,899.00<br>                         3.64<br>6         000006       33,923.37 | 7100-004<br>7990-003<br><br><br><br>7100-001<br>9770-001<br>7100-001 | | 37,899.94 | 0.00 |

Page Subtotals     0.00     2,137.09

Ver: 19.06b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-32210 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ODONNELL, PATRICK | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7830 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3329 | | | |
| For Period Ending: | 10/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | 64.95 | 9770-001 | | | |
| | | | 10   000010 | 919.14 | 7100-901 | | | |
| | | | | 1.76 | 9770-001 | | | |
| | | | 11   000011 | 234.00 | 7100-001 | | | |
| | | | | 0.45 | 9770-001 | | | |
| | | | 12   000012 | 452.00 | 7100-001 | | | |
| | | | | 0.87 | 9770-001 | | | |
| | | | 15   000015 | 400.00 | 7100-001 | | | |
| | | | | 0.76 | 9770-001 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 150,000.00 | 150,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 150,000.00 | 150,000.00 | |
| Less: Payments to Debtors | | 6,149.29 | |
| Net | 150,000.00 | 143,850.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7830 | 150,000.00 | 143,850.71 | 0.00 |
| | 150,000.00 | 143,850.71 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*